UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK ANDERSON,

                    Plaintiff,

        -against-

CLARENCE THOMAS,

                    Defendant.

26-CV-0734 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 29, 2026, the Court directed Plaintiff, within thirty days, to pay the fees required to file a civil action in this court or submit a prisoner authorization and an amended request to proceed *in forma pauperis* ("IFP application"). That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization and amended IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:    March 3, 2026
          New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
               Chief United States District Judge